# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-329

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

**Title of Work:**    The Palace, Westminster London

## Completion/Publication

**Year of Completion:**    2013
**Date of 1st Publication:**    May 15, 2013
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Robert Finale Editions
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Robert Finale Editions
117 Middlebrooke Court, Canton, GA, 30115, United States

## Rights and Permissions

**Organization Name:**    Art Licensing International, Inc.
**Address:**    P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:**    David Denholm
**Date:**    April 29, 2025
**Applicant's Tracking Number:**    RF2025040815

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-514

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Paris Memories |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | April 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040811 |



# Certificate of Registration



This Certificate, issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-454-512

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:**   Spring Flowers, Paris

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   June 30, 2017
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Robert Finale Editions
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Robert Finale Editions
117 Middlebrooke Court, Canton, GA, 30115, United States

## Rights and Permissions

**Organization Name:**   Art Licensing International, Inc.
**Address:**   P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:**   David Denholm
**Date:**   April 29, 2025
**Applicant's Tracking Number:**   RF2025040812

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-504

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Holidays in New York |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | November 01, 2006 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040805 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-491

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 22, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Autumn Morning |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | January 02, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040801 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-518

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Last Night On the Grand Canal |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | February 05, 2013 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040808 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-515

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Never Forget, Twin Towers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | September 01, 2021 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040810 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-250

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Fall Splendor |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 01, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040804 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-281

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Tea Time in Paris |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040814 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-519

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

**Title of Work:**  Jackson Square - LA

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  September 01, 2014
**Nation of 1ˢᵗ Publication:**  United States

## Author

- **Author:**  Robert Finale Editions
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Robert Finale Editions
117 Middlebrooke Court, Canton, GA, 30115, United States

## Rights and Permissions

**Organization Name:**  Art Licensing International, Inc.
**Address:**  P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:**  David Denholm
**Date:**  April 29, 2025
**Applicant's Tracking Number:**  RF2025040807

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-453-255

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chloe's Christmas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | September 01, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **•           Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040802 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-522

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Home for Christmas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | November 01, 2003 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040806 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-510

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Table for Two |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | January 05, 2011 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040813 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-254

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Church Bells of Christmas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 01, 2017 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040803 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-516

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | London Bridge |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | August 01, 2011 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Robert Finale Editions |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Finale Editions |
| | 117 Middlebrooke Court, Canton, GA, 30115, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 29, 2025 |
| **Applicant's Tracking Number:** | RF2025040809 |

Page 1 of 2

